IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR65 |
| | ) | 8:12CR62 |
| vs. | ) | |
| | ) | |
| MATTHEW MCCANN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's Unopposed Motion to Continue Trial [30] in case 8:23cr65 and Unopposed Motion to Continue Revocation [78] hearing in case 8:12cr62. Counsel needs additional time to finalize plea negotiations. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [30] and the Unopposed Motion to Continue Revocation hearing [78] is granted, as follows:

1. The jury trial now set for March 5, 2024, is continued to **April 16, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 16, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the defendant reasonable time to obtain counsel or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The Final Disposition Hearing in 8:12cr62 now set for March 5, 2024 is continued to **April 16, 2024 at 8:30 a.m.**

4. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: February 22, 2024**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**